UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SA LUXURY EXPEDITIONS, | No. C 14-04085 MEJ |
| Plaintiff(s), | **NOTICE DIRECTING DEFENDANT TO FILE CONSENT OR DECLINATION** |
| v. | |
| LATIN AMERICA FOR LESS, | |
| Defendant(s). | |

Pending before the Court is a Motion to Dismiss. Upon review of the record in this action, the Court notes that a written consent to magistrate judge jurisdiction has not been filed by Defendant. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant shall inform the Court whether Defendant consent(s) to magistrate judge jurisdiction or request(s) reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/civilforms. The consent/declination form shall be filed by **October 22, 2014**.

There is no need to submit a chambers copy of the document.

Dated: October 15, 2014

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James,
United States Magistrate Judge