IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SA LUXURY EXPEDITIONS LLC, a
California limited liability company,

        Plaintiff,

  v.

LATIN AMERICA FOR LESS, LLC,
a Texas limited liability company,
BERNARD SCHLEIEN, an individual,
a/k/a Jose Castrellon, and DOES 1–10,
inclusive,

        Defendants.

No. C 14-04085 WHA

**ORDER SETTING DISCOVERY HEARING**

On November 24, defendant filed a discovery letter regarding the dates, times, and locations of depositions of plaintiff's founders and an employee. Plaintiff's response is due **NOVEMBER 28 AT 2:00 P.M.** The Court sets a **TWO-HOUR** in person meet-and-confer in the Court's jury room on the 19th floor of the federal courthouse, starting at **9:00 A.M. AND CONTINUING UNTIL 11:00 A.M. ON MONDAY, DECEMBER 1, 2014**. At **11:00 A.M.**, the Court shall hold a hearing to resolve any remaining issue(s). Please promptly buzz chambers at 9:00 a.m. to be let into the jury room. Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the hearing. The parties must appear unless and until the undersigned judge approves a joint, signed stipulation stating that the discovery dispute is entirely resolved or the motion is withdrawn with prejudice.

**IT IS SO ORDERED.**

Dated: November 25, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE