IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SA LUXURY EXPEDITIONS LLC, a
California limited liability company,

        Plaintiff,

  v.

LATIN AMERICA FOR LESS, LLC,
a Texas limited liability company,
BERNARD SCHLEIEN, an individual,
a/k/a Jose Castrellon, and DOES 1–10,
inclusive,

        Defendants.

No. C 14-04085 WHA

**ORDER RE PLAINTIFF'S
DISCOVERY LETTER**

A November 25 order set a two-hour meet-and-confer and discovery hearing on December 1. Plaintiff then filed a discovery letter moving for entry of this district's stipulated protective order. Defendant's response is due **NOVEMBER 28 AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: November 25, 2014.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE