**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Conor H. Kennedy (Bar No. 281793)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
conor@KRInternetLaw.com

Attorneys for Plaintiff
SA Luxury Expeditions LLC



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SA LUXURY EXPEDITIONS**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**LATIN AMERICA FOR LESS, LLC**, a Texas limited liability company; **BERNARD SCHLEIEN**, an individual, AKA Jose Castrellon; and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 3:14-cv-04085-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE. DISCOVERY DISPUTES** |

Case No. 3:14-cv-04085-WHA                    STIP. AND [PROP.] ORDER RE. DISCOVERY DISPUTES

1  WHEREAS, on November 24, 2014, Defendant Latin America For Less, LLC ("LAFL" or "Defendant") filed its discovery letter brief regarding the dates, times, and locations of depositions of Plaintiff SA Luxury Expeditions LLC ("Plaintiff")'s founders and an employee [D.E. No. 39];

WHEREAS, on November 25, 2014, Plaintiff filed its discovery letter brief requesting that the Court enter this District's stipulated protective order [D.E. No. 41];

WHEREAS, in separate orders, the Court set a two-hour meet-and-confer and discovery hearing on Defendant's and Plaintiff's discovery matters for December 1, 2014 and ordered that any responses to the parties' discovery letters be filed by 2:00 p.m. on November 28, 2014 [D.E. Nos. 40 and 43];

WHEREAS, the parties have resolved their discovery disputes regarding both: a) the depositions of Plaintiff's founders and an employee, and b) the request for the entry of a stipulated protective order; and

WHEREAS, the parties respectfully request that the Court vacate the meet-and-confer and discovery hearing on December 1.

Respectfully submitted,

DATED:  November 26, 2014

**KRONENBERGER ROSENFELD, LLP**

By:  s/ Jeffrey M. Rosenfeld
          Jeffrey M. Rosenfeld

Attorneys for Plaintiff

DATED:  November 26, 2014

**RAMEY & BROWNING, PLLC**

By:  s/ Harry Laxton, Jr.
          Harry Laxton, Jr.

Attorneys for Defendant Latin America For Less, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Based on the parties' representations, the December 1 hearing is hereby vacated.

Date:  November 27, 2014.

_____
The Hon. William Alsup
District Court Judge

Case No. 3:14-cv-04085-WHA                    STIP. AND [PROP.] ORDER RE. DISCOVERY DISPUTES