IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SA LUXURY EXPEDITIONS LLC, a
California limited liability company,

        Plaintiff,

  v.

LATIN AMERICA FOR LESS, LLC,
a Texas limited liability company,
BERNARD SCHLEIEN, an individual,
a/k/a Jose Castrellon, and DOES 1–10,
inclusive,

        Defendants.

No. C 14-04085 WHA

**ORDER TO SHOW CAUSE**

     The operative complaint named two defendants: Latin America for Less, LLC and individual Bernard Schleien. Mr. Schleien allegedly resided in Peru (Compl. ¶ 11).

     Defendant Latin America for Less then filed a motion to dismiss, which was held in abeyance so that the parties could take discovery on whether there was personal jurisdiction.

     On January 7, plaintiff filed a notice stating it voluntarily dismissed without prejudice all claims against defendant Latin America for Less under Rule 41 (Dkt. No. 50). Accordingly, docket number 9 is hereby **TERMINATED**. The January 29 motion hearing is hereby **VACATED**.

     For now, the initial case management conference scheduled for January 29 remains on calendar. By **JANUARY 15 AT NOON**, plaintiff shall please (1) show cause why this action should not be dismissed and (2) brief the service requirements for an individual residing in Peru. Please also append a declaration stating in detail any service efforts with regards to Mr. Schleien and all pertinent proofs of service and/or letters rogatory.

Dated: January 7, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE