IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA LUXURY EXPEDITIONS,<br><br>    Plaintiff,<br><br>  v.<br><br>LATIN AMERICA FOR LESS, LLC, a Texas limited liability company; BERNARD SCHLEIEN, an individual, AKA JOSE CASTRELLON; and DOES 1-10, inclusive,<br><br>    Defendants.<br>                                                                / | No. C 14-04085 WHA<br><br>**ORDER RE SPANISH TRANSLATION OF LETTER TO PERUVIAN CENTRAL AUTHORITY** |

Plaintiff has filed a draft request to Peruvian Central Authority seeking an update on the service of defendant Bernard Schleien. Plaintiff shall submit a Spanish translation of that letter, as written, by **JUNE 5 AT NOON.**

**IT IS SO ORDERED.**

Dated: June 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE